UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HELEN SWARTZ, Individually, : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | Case No.:  1:20-cv-00320-WES-PAS |
| : | |
| 936 HOSPITALITY, LLC, : | |
| a Rhode Island Limited Liability Company, : | |
| : | |
| Defendant. : | |
| _____/ | |

## STIPULATION FOR DISMISSAL

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully submitted,

/s/ *Lawrence A. Fuller*_____  
Lawrence A. Fuller, Esq.  
FULLER, FULLER & ASSOCIATES, P.A.  
12000 Biscayne Blvd., Suite 502  
North Miami, FL 33181  
(305) 891-5199  
(305) 893-9505 - Facsimile  
lf@fullerfuller.com  

Kensley R. Barrett, Esq.  
Law Office of Kensley R. Barrett, Esq.  
127 Dorrance Street  
Penthouse  
Providence, RI 02903  
(401) 380-6724  

*Attorneys for Plaintiff*  

Dated:  December 7, 2020

/s/  *Ali Khorsand*_____  
Ali Khorsand, Esq.  
Adler Pollock & Sheehan P.C.  
One Citizens Plaza, 8th Floor  
Providence, RI  02903-1345  
 (401)274-7200  
Facsimile:   (401)751-0604  
akhorsand@apslaw.com  

*Attorney for Defendant*  

Dated:  December 7, 2020